**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Leonides CHAPA, also known as Leonides Vela Chapa, also known as Leon Bella Chapa, also known as Leonides Bela Chapa, also known as Jaime Chapa, Defendant–Appellant.**

No. 13–20259
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 28, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Cynthia Jean–Marie Cline, Esq., Houston, TX, for Defendant–Appellant.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Leonides Chapa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Chapa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Chapa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.